

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

## NO. PD-0790-17

## KEITHRICK THOMAS, Appellant

### v.

## THE STATE OF TEXAS

## ON APPELLANT'S PETITION FOR DISCRETIONARY REVIEW
## FROM THE FOURTEENTH COURT OF APPEALS
## HARRIS COUNTY

**PER CURIAM.**

Appellant pleaded guilty to possession of cocaine after the trial court denied his motion to suppress. Appellant challenged the denial of his motion to suppress on appeal, and the court of appeals affirmed. This Court initially granted discretionary review to examine that holding. Having examined the record and briefs, we conclude that our decision to grant review was improvident. We therefore dismiss Appellant's petition for discretionary review as improvidently granted.

Delivered: September 19, 2018

Do Not Publish